Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff, CORINNE NEWELL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CORINNE NEWELL, | Case No.: 8:11-cv-00377-AG-MLG |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| MONARCH RECOVERY MANAGEMENT, INC. | |
| Defendant. | |

NOW COMES the Plaintiff, CORINNE NEWELL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: October 28, 2011      KROHN & MOSS, LTD.

By: /s/ Ryan Lee_____

Ryan Lee, Esq.
Attorney for Plaintiff

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on October 28, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:   /s/ Ryan Lee

Ryan Lee, Esq.