Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff, CORINNE NEWELL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CORINNE NEWELL, </br></br>  Plaintiff, </br></br> vs. </br></br> MONARCH RECOVERY MANAGEMENT, INC. </br></br>  Defendant. | Case No.: 8:11-cv-00377-AG -MLG </br></br> **STIPULATION OF DISMISSAL WITH PROPOSED ORDER** |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, CORINNE NEWELL, against Defendant, MONARCH RECOVERY MANAGEMENT, INC., in the above-captioned proceeding are hereby dismissed, with prejudice. Both parties to bear their own fees' and costs. Furthermore the parties request this Honorable Court to retain jurisdiction for the next 30 days for the purpose of enforcement of the settlement.

Respectfully Submitted,

- 1 -

STIPULATION OF DISMISSAL

1

Dated: 12/15/2011        KROHN & MOSS LTD

2

/s/ Ryan Lee

3

Ryan Lee, Esq.
Krohn & Moss, Ltd.

4

10474 Santa Monica Blvd., Suite 401
Attorney for Plaintiff,

5

CORINNE NEWELL

6

Dated: 12/15/2011        SKEBBA & ISAAC

7

/s/ John Ksajikian

8

John Ksajikian
777 S FIgueroa Street

9

Suite 1507
Los Angeles CA 90017

10

Attorney for Defendant,
MONARCH RECOVERY MANAGEMENT, INC.

- 2 -

STIPULATION OF DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2011, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court by using the CM/ECF System. I further certify that on December 15, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:    /s/ Ryan Lee

       Ryan Lee, Esq.

STIPULATION OF DISMISSAL