1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff, CORINNE NEWELL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CORINNE NEWELL, | Case No.: 8:11-cv-00377-AG -MLG |
| Plaintiff, | **ORDER ON** |
| vs. | **STIPULATION OF DISMISSAL** |
| MONARCH RECOVERY MANAGEMENT, INC. | |
| Defendant. | |

### PROPOSED ORDER OF STIPAULATION TO DISMISS

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 15, 2011

_____
The Honorable Judge
United States District Judge

- 1 -

STIPULATION OF DISMISSAL